In the Matter of Martin L. Cohen, as Secretary, v. Walden Sportswear, Inc., et al.—

 Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.